

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2017

No. 04-16-00192-CV

Abelardo G. **GONZALEZ**,
Appellant

v.

Nicholas **LICHTENBERGER**; Judge Jose Antonio Lopez; City of Laredo; Roque Perez;
Christina M. Pena; Webb County; Martin Cuellar; Pepe Salinas; Sergio Lozano;
and Edward A. Nolen,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVT003714 D1
Honorable Robert C. Chesire, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file motion for reconsideration is hereby
GRANTED.

It is so **ORDERED** on January 6, 2017.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court